ALICE HOFFMAN, Respondent, v. EMIL FRAAD and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of KATHRYN NUTRIZIO for the Discovery of Assets of the Estate of HENRY NUTRIZIO, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SMITH FIREPROOF CONSTRUCTION Co., INC., for an Order Directing that Arbitration Provided for in Certain Agreements Entered into between the Petitioner and THOMPSON-STARRETT COMPANY, etc., Proceed Pursuant to Provisions of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN H. RICH, Respondent, v. HYMAN BAUMAN, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELENE M. CONNELL and Others, Respondents, v. WALTER R. KUHN, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH SHELDON, Appellant, v. EUGENE J. CRONIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied upon plaintiff's filing a stipulation to the effect that the sole reliance in the complaint is upon the cause of action for malpractice, in default of which the order will be affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SAMUEL DROSHNICOP, Plaintiff, Judgment Creditor, against SINDACATO ORIENTALE DI COMMERCIO and Another, Defendants, Judgment Debtors. BANCO DI ROMA, Appellant; SAMUEL DROSHNICOP, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Matter of Van Senden v. Pratt (189 App. Div. 647). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SAMUEL DROSHNICOP, Plaintiff, Judgment Creditor, against SINDACATO ORIENTALE DI COMMERCIO and Another, Defendants, Judgment Debtors. BANCO DI ROMA, Appellant; SAMUEL DROSHNICOP, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Matter of Van Senden v. Pratt (189 App. Div. 647). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANDREW MCANSH, Appellant, v. JULIUS BLAUNER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIETT W. PETERS, as Administratrix, etc., of ALICE M. WHITE, Deceased, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Order of September 13, 1927, reversed, with ten dollars costs and disbursements, and motion granted so as to direct the examination of the witness to proceed at Port Jefferson, L. I., at